IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN B. HARRIS,<br><br>      Plaintiff,<br><br>vs.<br><br>GRANT L. GENTILE, Police Officer #2140; JOHN H. LOPEZ, Police Officer #1955; NICOLAS YANEZ, Police Officer #1506; LANCE GORDON, GEOFFREY A. STRONG, Police Officer Y631; and BROCK GENTILE, Police Officer #2391;<br><br>      Defendants. | 8:20CV17<br><br>ORDER |

IT IS ORDERED:

1. The Motion to Extend Time to Answer or Otherwise Plead (Filing 24) filed by Defendants Grant and Brock Gentile, John Lopez, and Nicholas Yanez is granted in part.

2. Defendants Grant and Brock Gentile, John Lopez, and Nicholas Yanez shall file an answer or otherwise plead within 60 days of the date of this order.

3. The Clerk of Court shall set a pro se case management deadline as follows: September 11, 2020—answer or motion to dismiss due for Defendants Gentile, Lopez, Yanez.

Dated this 13th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge