IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN B. HARRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>GRANT L. GENTILE, Police Officer #2140; JOHN H. LOPEZ, Police Officer #1955; NICOLAS YANEZ, Police Officer #1506; GEOFFREY A. STRONG, Police Officer Y631; BROCK GENTILE, Police Officer #2391; and LANCE GORDON,<br><br>        Defendants. | **8:20CV17**<br><br>**MEMORANDUM<br>AND ORDER** |

      Due to the Defendant Lance Gordon's failure to plead or otherwise defend, the Clerk of Court entered the Defendant's default (Filing 30) pursuant to Fed. R. Civ. P. 55(a) on September 9, 2020. The Plaintiff has now filed two Motions for Default Judgment (Filings 32, 35), along with "Supplements" to such Motions (Filings 34, 36).

      IT IS ORDERED:

      1.    Defendant Lance Gordon shall respond to the Plaintiff's Motions for Default Judgment (Filings 32, 35) on or before December 4, 2020. If no response is filed, the Plaintiff's Motions for Default Judgment shall be taken up on the materials contained in the court file, and Defendant Gordon could be subject to a default judgment against him for damages;

      2.    The Clerk of Court shall send copies of the following items to Defendant Lance Gordon's last-known address, which can be found in Sealed Filing

26: (a) this Memorandum and Order; (b) Plaintiff's Motions for Default Judgment (Filings 32, 35); and (c) Plaintiff's "Supplements" to such Motions for Default Judgment (Filings 34, 36);

3. The Clerk of Court shall set a pro se case management deadline in this case using the following text: **December 4, 2020**: deadline for Defendant Lance Gordon's response to Plaintiff's Motions for Default Judgment; and

4. Plaintiff's "Motion Request for Production" (Filing 33) is denied without prejudice because, as stated in Filing 4 ¶ 18, no discovery in pro se civil cases assigned to a district judge may take place until a progression order is entered. Such progression order shall not be entered until the pending Motions for Default Judgment are resolved.

DATED this 4th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge