IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN B. HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GRANT L. GENTILE, Police Officer #2140; JOHN H. LOPEZ, Police Officer #1955; NICOLAS YANEZ, Police Officer #1506; GEOFFREY A. STRONG, Police Officer Y631; and BROCK GENTILE, Police Officer #2391;<br><br>　　　　　　Defendants. | 8:20CV17<br><br>**MEMORANDUM AND ORDER** |

　　　　Plaintiff has filed a Motion to Request Admission (Filing 40) of an exhibit. The Motion will be denied for the reason that such exhibit may be filed in conjunction with a motion for summary judgment, which is due to be filed on or before April 29, 2021. (See Order Setting Schedule for Progression of Case, Filing 39 at CM/ECF p. 2 ¶ 4.) In other words, if the Defendants file a motion for summary judgment, Plaintiff may file such exhibit in response to Defendants' motion. Furthermore, if Plaintiff files his own motion for summary judgment, he may file such exhibit in support of his motion.

　　　　IT IS ORDERED that Plaintiff's Motion to Request Admission (Filing 40) of an exhibit is denied without prejudice to refiling in conjunction with either party's motion for summary judgment or other dispositive motion.

　　　　DATED this 26th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge