IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN B. HARRIS,

    Plaintiff,

vs.

GRANT L. GENTILE, Police Officer #2140; JOHN H. LOPEZ, Police Officer #1955; NICOLAS YANEZ, Police Officer #1506; GEOFFREY A. STRONG, Police Officer Y631; and BROCK GENTILE, Police Officer #2391;

    Defendants.

8:20CV17

**ORDER**

IT IS ORDERED:

1. The Motion to Extend Time to File Dispositive Motions (Filing 45) filed by Defendants Grant Gentile, Brock Gentile, John Lopez, and Nicolas Yanez is granted; and

2. Paragraph 4 of the Order Setting Schedule for Progression of Case (Filing 39) shall be amended in part as follows: "Dispositive Motions. All dispositive motions shall be filed on or before **June 10, 2021**."

DATED this 10th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge