IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GRANT L. GENTILE, Police Officer #2140; JOHN H. LOPEZ, Police Officer #1955; NICOLAS YANEZ, Police Officer #1506; GEOFFREY A. STRONG, Police Officer Y631; and BROCK GENTILE, Police Officer #2391;<br><br>　　　　Defendants. | 8:20CV17<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed his Complaint in this matter on January 13, 2020, while he was incarcerated. The court granted him leave to proceed in forma pauperis on January 28, 2020, also while he was incarcerated. Plaintiff filed a change of address on July 6, 2021, indicating that he is no longer incarcerated. (*See* Filing 51.)

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.[1]

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 20 days.

---

[1] Plaintiff has already made a partial filing fee payment of $251.33 and would, thus, owe a remaining balance of $150.67.

Failure to take either action will result in dismissal of this matter *with prejudice*[2] and without further notice to Plaintiff.

2. The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: **July 27, 2021**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 7th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[2] Currently pending before the court are Defendants' motions for summary judgment (filings 42 & 48) filed on April 27, 2021 and June 10, 2021, respectively, Plaintiff's motion for summary judgment (filing 46), and Plaintiff's motions for default judgment (filings 32 & 35).